IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:81-cr-00001

WILLIAM THOMAS PITTS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 1, The government's Motion to Dismiss Indictment. The indictment against Defendant was entered in 1981. Since that time, the government has not been able to locate Defendant, any family members, or known associates. The United States Attorney's Office for the Northern District of Florida does not have a file on the Defendant. The agent on this case also does not object to the dismissal of the indictment.

**ORDERED AND ADJUDGED:**

The government's Motion to Dismiss Indictment, Doc. 1, is GRANTED.

**DONE AND ORDERED** this __21st__ day of June, 2005.

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge